# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>DOMINIC BROWN<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  3:20-MJ-1088<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2020 and May 31, 2020__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2101 | Riots |
| 18 U.S.C. § 231(a)(3) | Civil Disorder |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Mollie G. Treadway.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mollie G. Treadway, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/04/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Hon. Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*